**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 31, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00624-CV

---

## IN RE WANDA AURINI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-276248**

---

## MEMORANDUM OPINION

On August 23, 2023, relator Wanda Aurini filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Surendran

Pattel, presiding judge of the 240th District Court of Fort Bend County, to vacate his July 26, 2023 orders denying relator's motion for no-evidence summary judgment and motion for partial traditional summary judgment.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.